

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2014

No. 04-14-00530-CV

**BANK OF AMERICA, N.A.**,
Appellant

v.

**TFHSP, L.L.C.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01820
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

The appellee's motion to refer case to alternative dispute resolution is hereby DENIED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court